SCANNED at LSP and Emailed
7-11-23 by VB  14 pages
date   initials  No.

RECEIVED
JUL 11 2023
Legal Programs Department

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_Antoine Edwards Umar Ansaryusuf Ali_ _748056_
Plaintiff                                Inmate Number

VERSUS

_Dept. of Public Safety and Corrections et al_
_Tim Hooper, Christopher Carlor_
_Brain Guillot, John Doe/Jane_
_Does Cecil Hilburn, James LeBlanc_
(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program
In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $402.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed this form, e-mail the original and copies to the Clerk of the United States District Court for the _Middle district_ of Louisiana.

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): _Antoine Edwards_
      Defendant(s): _Luke Rheem, Austin Calvert, Captain Reed, Major Jack_

   2. Court (if federal court, name the district; if state court, name the parish): _Middle District_

   3. Docket number: _22-290-SDD-EWD_

   4. Name of judge to whom case was assigned: _Shelly D. Dick_

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Was Appealed still pending, obstructing of process, by misstatement_

   6. Date of filing lawsuit: _May 5, 2022_

   7. Date of disposition: _Pending U.S.C.O.A_

   C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted? Yes (X) No (✓)

   If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. _middle 3:22-CV-290 obstructing process chose wrong Defendant on Appeal 23-30109_

II. Place of present confinement: _Angola public Corr. And Safety_

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. 2022-2116 2023-0151 2022-0295
2. What steps did you take? 1st And Second Appeal also Denied
3. What was the result? Inadequate Remedy Denied. Fail to Serve Defendant
D. If your answer is NO, explain why not: _____

III. **Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s): Antoine Edwards

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant, Christopher Cailor is employed as Master Sgt at Dept of public Correction And Safety Angola penitentiary
Address for Service: 17544 Tunica Trace Angola LA 70712

C. Additional Defendant, Brian Guillot is employed as Captain at Dept of public correction And Safety Angola penitentiary
Address for Service: 17544 Tunica Trace Angola LA 70712

D. Additional Defendant, Cecil Hilburn is employed as Captain at Dept of public Correction And Safety Angola penitentiary
Address for Service: 17544 Tunica Trace Angola LA 70712

E. Additional Defendant, William Rosso is employed as Assist Warden at Dept of public Correction and Safety Angola LA 70712
Address for Service: 17544 Tunica Trace Angola LA 70712

B. Defendant John Bel Edwards _____ is employed as
Administration Governor _____ at Angola
C. Additional Defendants: James LeBlanc Secretary of Correction
Ursela Porche Classification Colonel Wright
Tim Hooper WARDEN - MSgt Matthew All In Individual
Capacity

IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In violation 9th, 1st, 13th/4th, Due process violation, 8th Amendment As to being sent to Angola Unconstitutionally After Speedy Trial Act violation, Has been held Captive Unlawful without L.S.A R.S. 15:824 28 U.S.C. §2281, has been Trafficked to Angola Under Jim Crow convict lease Sold to Angola as Chattel Property In there prison enterprise Working for 4 cents Inhuman treatment of Cruel and Unusual Degrading treatment As to the Jim Crow Governence of Convict leasing As The Guardian In there Misconduct, Color of law, Usurpation Government of Negligence, Tyranny Racial Animus, Racial Discrimination Racial Disparity Racial Sentence to Slavery by Public Corporation and public organization In violation of Treaty of Peace, 1st 4th 8th 9th 13th /14th Amendment violation In a Campaign of Cruel and Unusual harassment In Series of Cruel and Unusual Punishment At Dept of Public Safety and Correction persons And partners, Exploitation of the Fair labor Standard, violation of 9th my Conscience Pursuit of Happiness, Destroyed Property. R.S. 15:1177 violation, Deplorable living conditions, Unsanitary, Heat Box, In Degrading treating of Retain Human Rights Everything Conduct Report Discovery will Do Trial by Jury.

As to the Cruel And Unusual punishment Never been Release out of Solitary Confinement In the typical Significant Hardship of ordinary prison life. As to the being held Captive no Commitment Record of lawful Authority. Inadequate Remedy. Inadequate medical treatment, Being place In Life Death Treatment Had two fire that was life threatening In 8-20-22 Also 3-10-2023. Was not evacuated suffer from Smoke inhalation, Deliberate Indifference to Medical Need been denied Treatment It has become Redundant to keep on Filing A.R.P. But that is my only Conduct Report. As to the Casey Test. It has become A burden to Religion Exercise RLUIPA. In Retaliatory Conduct opening and Reading and copying mail, held 3 year for filing grievance, only challenged A year in A half a go. lower paying Job Exploit, Discrimination, Exploitation. Continuously Deprivation loss of privilege be on 23-1 sanction 23:45, Then sometimes on house Arrest on 23-1 Unconstitutional Excessive Sentence. As to the Jim Crow Goverance with Black codes And Slave code Being treated As A Slave In the 13th Amendment proof of Claim for Relief. As to the Capitalism Nationalism Communism of Ex-White Supremacy and Neoliberalism. It has Been Racial Animus, Racial Discrimination, All Situations And Assaults have been inflicted by white Men. Also Sending lower Rank orders to torment Agonizing, to wear these cell white Always Denying Right to population So I would not have access to the law library, Are Social Interaction with I pay are the Jumuah Congregational prayer that's obligatory. Life has often be threaten In danger that seize to continue to exist. The treatment has been Inhumane And Disregard for Health, Well being In Amelioration of Embetterment. The Situation has been Haphazardous And Detrimental to well Being Denied Treatment of Medical Assistance. The Rep to of public safety personality. Is As A Slave planation, Slave trade, Labor Trafficking, Human Trafficking by the public organization of Corporation. The Human Right Degradement Treatment is Deplorable Uncivilized. 2023 A colorable prison Enterprise of Jim Crow Slave trade Governance of the Lynch law prosecution Inflicting Pain by void Judicial process by locals Quasi Sovereign Independent from the State And Nation Color of law Not Constituted By Judiciary Act. Are federal The Art. of the Source Judicial power Department. The Treatment is Monstrous, Atrocity Injustice to Human Life. In violation International law And Treaty of Peace Franco-American Native American Moorish American.

Dept Regulation C-02-00a

(C) Determination for corporate or Mass use of chemical Agent Shall be made by the WARDEN or designee who should be the highest ranking Supervisory on duty in the Immediate Area.

D. Chemical Agent Shall Not        Guillot mace me in the cell
  1 Be used on those offender who remain passive in their cells without Causing A disturbance or becoming hostile unless the offender Continuously defies order to come to the bars of the cells. Not Right to harm no one.
  against A Defender, or a restrained offender. Hilburn

E After use Chemical Agent
  1A as soon as possible once Situation under Control. Shower they be Refusing WARDen or Designee shall investigate all Allegation of Improper use of force Reporting In Accordance with Dept Regulation No. C-05-001 Activity Report.

12 A only chemical Agent may be used.
  1. to quell a Riot prevent lost of life, Serious Injury to person(s) extensive Destruction of property To Regain Control.

As petitioner Is Always on 23-1 In the cells. Comply to All Commands, been Spray And tormented In the cells so must when Cador Grab me I instantly defended myself. Told him I comply and walk to the cells we Cool he just program I was going to my cell. Due to the concert of Conspiracy to keep me In the cells due to no commitment Record are lawful Authority to be In prison Deprivation of Liberty Interest. Deprivation of ordinary prison like for 3 years never been release Since 7-28-20 from 3 day to ongoing torment Setup. Inflicting pain. Special Housing unit Different name all 23-1 time be came harder then ordinary prison life I was In G.E.D. See my Family on J-pay. was gone take up a trade. Going to Jumuah Prayer, helping people with law work motivational Speaker has classes In the T.V Room Stopping fights, Stabbing. But they trying to make me lose my mind, lost my books, pictures, law work, It unnecessary hardship

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

Like the court to check there behavior, Also Remuneration Consolidate the cases, prison Is run Unconstitutional For pain And suffering, Stop them from Exploitation And Give According to the federal prison Minimum wage Instead of 4 cent, Release me out these cells, Expunge my Record for the cause, Is not releasing me from the first write up. They lost all my pictures, legal work, legal books, Also the books that I wrote It was 3 books, One About Theology, One about Empowerment And History. It has been three almost 4 years. Check there Is no commitment Record. Stop discriminating In the programs. Need Air Condition Remodeling Ventalation not working. Stop that Matrix programs. Injunctive release to Another prison Hunt, Are back to my family In the parish, for that's Human Trafficking by the courts. The sentences Is Unconstitutional Guys throw feces And urine And get A Aggravated Charges So Due to All that chemical Agent That's A Aggravated charge. The living Conditions Is unbearable They have the Environment so hostile All this Land, have us Jam up like Sardines send A Master. All the building Sinking. Follow And Apply the Applicable law Consolidate the previous Cases, As to The ongoing Cruel and unusual punishment. Check the Authority, There is no lawful Authority for me to be here No Commitment just Sent me to Angola Unconstitutional, Trial by Jury. All these Are Injunctive, prospective, Nominal, punitive Compensatory, As Applying the Applicable of Executive ORDER of Slavery. Proclamation of Administrative law. Legal Conclusion to 1st 8th 13th 14th And 9th Retained Right Human Right Supplemental to United Nation Court of Justice perspective Relief, Injunctive, Compensatory, Punitive, Monetary All that the court Deem Fiat justitia Speedy Remedy to color of law and miss conduct, Malfeasance, false Imprisonment, Due process violations Civil Liberty Trial by Jury

## VI. Plaintiff's Declaration

1) I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 8 day of July, 2023

Signature: Antoine Edwards
Print Name: Antoine Edwards
Address: 17544 Tunica Trace
City/State/Zip: Angola LA 70712

United State District Court
Middle District of Louisiana

Antoine Edwards
V
Dept of Public Safety and Correction Et Al

c/o
Civil Action
23-339
U.S.D.C 22-290

Memorandum In Support Fed.R.10

**Note** Cause of Action

Sorry About the Inconvient my property was taken that has caused A problem with me Turning my work In. While being on 23-1. They Also put us on house Arrest. It has been A ongoing Cruel And Unusual Inhuman Deplorable living Condition. As there Constitution Referedom. Of proof of Treatment. Has been treated by Unethical Arbitrary Government Due to Slavery enactment In the Louisiana Constitution-Exploitation, Usurpation, Slavery Inhuman Degrading Cruel and Unusual Punishment, Negligent, Deliberate Indifferent violation of Human Right, Political Rights, Civil Right, Inalienable. Violation of International law and treaties, There is No Right to Impose Any type of Badge of Slavery on Black Are Any human Being for slavery Is heinous Monstrous And Atrocity to Any human being. Excessive Force, Aggravated Assault Violation of Religious Exercise Clause. No human can have ownership of Any Human. As parent is the Custodial of there kid. To be the Property of A human is to be use as chattel property. Rob their own Purpose Is Slavery The Conscience And judgment of Any person Approval of Slavery Is Infamous. Invoking 5th And 6th + 7th Amendment Right - Grand Jury proceedings, Compulsory process for Discovery. Trial by Jury. As Justice should be done Accordingly to the subject matter And Applicably law.

Antoine Edwards