UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTOINE EDWARDS (#748056)         CIVIL ACTION

VERSUS

DEPARTMENT OF PUBLIC SAFETY         23-540-SDD-RLB
AND CORRECTIONS, ET AL.

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED** and **DECREED** that the above-captioned proceeding be and is hereby **DISMISSED, WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 25th day of September, 2023.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**